IN THE UNITED STATES BANKRUPTCY COURT  22-21448
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Black Diamond Energy of Delaware, Inc.**<br><br>Debtor<br><br>**Black Diamond Energy of Delaware, Inc.**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **11**<br><br><br><br>Related to Document No. 1 |

### NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Donald R. Calaiaro**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Donald R. Calaiaro**
 Signature
**Donald R. Calaiaro**
Typed Name
**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
Address
**412-232-0930 Fax:412-232-3858**
Phone No.
**27538 PA**
List Bar I.D. and State of Admission

22-21448

Black Diamond Energy, Inc.
410 Mount Nebo Rd.
Pittsburgh, PA 15237

Charles and Karen Koval
2019 Anchor Lake Lane
Katy, TX 77494

Eric and Valerie Koval
26022 Shelby Ridge Lane
Katy, TX 77494

Koval Energy LLC
200 Brush Run Road
Greensburg, PA 15601

Koval Recourses, Inc.
573 Knotty Pine
Incline Village, NV 89451

Peter D. Holdings, LLC
Peter D. Dochinez
c/o Lacey Gionata
200 Brush Run Rd.
Greensburg, PA 15601

State of Wyoming Department of Revenue
122 W. 25th St., Ste E301
Hershcler Building East
Cheyenne, WY 82002

Stridor Enterprise Inc.
c/o Randall Nielson
P.O. Box 101
La Barge, WY 83123

Sublette County
c/o Emily Paravicini
P.O. Box 296
Pinedale, WY 82941

Williams Pipeline
Williams Filed Services 1
One Williams Ctr.
Tulsa, OK 74172

Wyoming Oil and Gas Commission WOGCC
Attn: Joe Scott
2211 King Blvd.
Casper, WY 82604

22-21448

Wyoming Oil and Gas Conservation
Commission WOGCC
Attn: Joe Scott
2211 King Blvd.
Casper, WY 82604